UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIVIMAC LLC, a foreign
limited liability company

       Plaintiff,

v.                                                  Case No. 8:24-cv-01665

TIARA YACHTS, INC., a
foreign limited liability company

       Defendant.

_____

## FIRST MOTION TO AMEND SCHEDULING ORDER

### (UNOPPOSED)

NOW COMES Tiara Yachts, Inc., by counsel, moving to amend the Case Management and Scheduling Order ("Scheduling Order") previously entered by the Court in this matter [ECF No. 12], and in support of this motion stating as follows:

1. The Court entered its Scheduling Order in this matter [ECF No. 12] on December 12, 2024. Among other provisions, the Scheduling Order set forth certain deadlines for the disclosure of expert reports, completion of discovery, the filing of dispositive and motions, and other deadlines as set forth in the Scheduling Order.

2. Among other matters, the Scheduling Order requires the filing of dispositive and *Daubert* motions by June 20, 2025, and sets this case for jury trial during the Court's January 2026 trial term. The motion includes a request (as set forth below)

59992383.1

that the date for the filing of dispositive and *Daubert* motions be extended, but no request is made to change the trial term during which this matter is set for trial.

3. No prior requests have been made to amend the Scheduling Order in this case.

4. The following information is provided in support of this motion:

A. Plaintiff's expert disclosures were served on March 25, 2025 (the original deadline of March 7, 2025), which extension was agreed to by the parties [see ECF No. 25];

B. Lead counsel for Defendant has had eye surgery scheduled on March 25, 2025 (first surgery) and April 8, 2025 (second surgery), but has been working diligently with Defendant's expert to complete Defendant's expert report.

C. The parties have been working diligently and cooperatively in completing discovery, including written discovery, and multiple depositions (in several states).

5. In light of the foregoing, Defendant (with the consent and agreement of Plaintiff) respectfully requests that the Scheduling Order be amended as follows:

A. Defendant's expert report shall be due on May 2, 2025;

B. Rebuttal expert reports shall be due on May 16, 2025;

C. Discovery (including expert depositions) shall be completed by June 30, 2025;

D. Dispositive and *Daubert* motions shall be filed on or before July 31, 2025.

6. The Court may amend its Scheduling Order for good cause shown, Fed. R. Civ. P. 6. The parties believe that good cause exists for the modification of the Scheduling Order, as requested.

59992383.1

WHEREFORE, Defendant respectfully requests that the Court's Scheduling Order be amended as set forth above.

Dated: April 3, 2025

HONIGMAN LLP
Attorneys for Tiara Yachts, Inc.

By: */s/Jeffrey D. Smith*
Jeffrey D. Smith (Fl. Bar # 0257590)
Anna C. Transit (Fl. Bar # 1050431)
650 Trade Centre Way, Suite 200
Kalamazoo, Michigan 49002-0402
(269) 337-7722
jsmith@honigman.com
atransit@honigman.com

## Local Rule 3.01 Certification

I, Jeffrey D. Smith, hereby certify that I have conferred with the opposing party as to the request for relief set forth in this motion by email on March 29, 2025, and that Plaintiff concurred in the relief sought in this motion.